UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:19-cv-20189-UU

NANCY RODRIGUEZ,

      Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY,

      Defendant.

_____/

**DEFENDANT, AETNA LIFE INSURANCE COMPANY'S,
CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

    I hereby disclose the following pursuant to this Court's interested persons order:

    1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

**"Hartford Life and Accident Insurance Company is an indemnity reinsurer of disability insurance issued by Aetna Life Insurance Company."**

        Aetna, Inc.

        Aetna Life Insurance Company

        Natland, Bryn

        Dabdoub Law Firm

        Fordin, Jonathan M.

        Rodgriguez, Nancy

        Shutts & Bowen LLP

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None known other than those listed above.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

N/A

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Nancy Rodgriuez

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

*/s/ Jonathan M. Fordin*
Jonathan M. Fordin, Esquire
Florida Bar No. 371637
jfordin@shutts.com
SHUTTS & BOWEN LLP
200 South Biscayne Boulevard
Suite 4100
Miami, Florida  33131
Telephone:  305-347-7390
Fax:  305-347-7790
*Attorneys for Aetna Life*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of February, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: **Bryn Natland, Esq.,** Dabdoub Law Firm, 1600 Ponce de Leon Blvd., Suite 1205, Miami, FL 33134, Phone: (305) 754-2000, email: bryn@longtermdisability.net.

>
> */s/ Jonathan M. Fordin*
> Jonathan M. Fordin, Esquire
> Florida Bar No. 371637
> *jfordin@shutts.com*
> SHUTTS & BOWEN LLP